IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. NO. 07-20301 |
| ) | |
| vs. ) | |
| ) | |
| ADAM PRETTI,, ) | |
| DUSTON GARRETT, ) | |
| ) | |
| Defendants. ) | |

## ORDER UNSEALING INDICTMENT

The United States having requested that the Court unseal the INDICTMENT in the above-referenced matter, and the Court being satisfied that sealing is no longer necessary, it is hereby

ORDERED that all of the above document is UNSEALED.

s/Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE
September 28, 2007